**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NATHAN DANIEL LARSON,

    Defendant.

_____

**INDICTMENT
18 U.S.C. § 871(a)**

_____

The Grand Jury charges that:

<u>COUNT I</u>
18 U.S.C. § 871(a)

On or about December 11, 2008, in the State and District of Colorado, Nathan Daniel Larson, the defendant herein, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, that he would kill the President of the United States of America.

The foregoing was in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

<u>s/ Kurt J. Bohn</u>
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov