IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00523-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. NATHAN DANIEL LARSON,

 Defendant.
_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

 This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 17, 2009 at 8:00 a.m.** It is

 ORDERED that all pretrial motions shall be filed by **January 13, 2009** and responses to these motions shall be filed by **January 20, 2009**. It is further

 ORDERED that a Trial Preparation Conference is set for **February 6, 2009 at 4:15 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

 The parties shall be prepared to address the following issues at the Trial Preparation Conference:

 1) jury selection;

 2) sequestration of witnesses;

 3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED December 29, 2008.

                                            BY THE COURT:


                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge