IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00523-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NATHAN DANIEL LARSON,

     Defendant.

_____

## ORDER DIRECTING EXAMINATION
_____

     This matter comes before the Court on the defendant's Motion to Determine Competency and Insanity of the Defendant [Docket No. 12]. At a hearing on January 23, 2009, the Court found that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Therefore, it is

     **ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant shall submit to an examination by Dr. Karen Fukutaki, P. O. Box 460541, Glendale Station, Denver, Colorado  80246-0541, for the purpose of determining whether the defendant is presently suffering from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dr. Fukutaki, at her discretion, may conduct such examination in the detention quarters of the United States Marshal, 901 19th Street, Denver, Colorado. Dr. Fukutaki is authorized to contact the United States Marshal Service at (303) 335-3400 to arrange for the use of these detention facilities. The United States Marshal is directed to facilitate the defendant's presence for the examination at a date and time convenient to Dr. Fukutaki.

Following the examination, Dr. Fukutaki shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of January 23, 2009.

To the extent necessary, Dr. Fukutaki is authorized to directly contact Assistant United States Attorney Kurt Bohn at (303) 454-0100 and defense counsel Matthew Golla at (303) 294-7002 to request copies of appropriate documents.

The Clerk of Court is directed to mail a copy of this Order to Dr. Fukutaki at P. O. Box 460541, Glendale Station, Denver, Colorado 80246-0541. The Clerk of Court is also directed to serve a copy of this Order on the United States Marshal.

DATED January 23, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge