# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 2, 2009 |
| Court Reporter: Janet Coppock | Time: 53 minutes |
| Probation Officer: Grant Hanson | Interpreter: n/a |

**CASE NO.  08-CR-00523-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| Plaintiff, | |
| vs. | |
| **NATHAN DANIEL LARSON,** | Pro Se |
| | Matthew Golla (Advisory Counsel) |
| Defendant. | |

## SENTENCING

**1:40 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court discusses submissions by the defendant regarding sentencing.

**ORDERED:**  Defendant's Motion to Withdraw Document [36] (Doc #42), filed 10/2/09 is **GRANTED.**

Page Two
08-CR-00523-PAB
October 2, 2009

**ORDERED:**  Defendant's Motion for Order (Doc #36), filed 8/11/09 is **WITHDRAWN.**

**Defendant's Motion for Non-Guideline Sentence - for Downward Departure from Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range (Doc #38), filed 8/31/09.**

Court will hear argument on the Motion for Downward Departure and advises Mr. Larson that Mr. Golla may argue on his behalf, which Mr. Larson requests.

**1:51 p.m.**   Argument by Mr. Golla in support of defendant's motion for downward departure.

**1:54 p.m.**   Argument by Mr. Bohn.

Court states its findings and conclusions.

**1:58 p.m.**   Argument by Mr. Golla in support of defendant's motion for sentence variance.

**2:05 p.m.**   Argument by Mr. Bohn.

Court states its findings.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence - for Downward Departure from Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range (Doc #38), filed 8/31/09 is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Golla addresses sentencing.

Mr. Bohn addresses sentencing.

Defendant addresses the Court and references a letter he submitted dated September 4, 2009.

The Court, counsel and the probation officer have not received defendant's submission.

**ORDERED:**  Sentencing is continued to **October 9, 2009 at 3:00 p.m.**  Defendant shall re-submit his letter dated September 4, 2009 to the Probation Department, counsel and the Court for their review.

Page Three
08-CR-00523-PAB
October 2, 2009

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:33 p.m.      COURT IN RECESS**

**Total in court time:         53 minutes**

**Hearing continued**