IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM                                              Room A-105, Alfred A. Arraj U.S. Courthouse
CLERK OF COURT                                                                           901 19th Street
                                                                                Denver, Colorado 80294-3589
                                                                                  Phone (303) 844-3433
                                                                                   www.cod.uscourts.gov

July 8, 2010

Address:  Clerk of the Court, Clerk's Office
United States District Court - Virginia
401 Courthouse Square
Alexandria, VA 22314

Colorado Case Number: 08-cr-00523-PAB
Receiving Court Case Number: Not indicated

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to an Order of the Court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.


Very truly yours,
Gregory C. Langham, Clerk



By: s/M.J. Garcia
       Deputy Clerk